JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY HUMPHREY,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF SANTA MONICA; JORDAN VARAK; ANDREW SANCHEZ; and DOES 1 through 10, inclusive,<br><br>DEFENDANTS. | CASE NO. 2:21-cv-06812-JLS-GJS<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY (Doc. 43)** |

Having reviewed the parties' Stipulation for Dismissal of Defendant City of Santa Monica (Doc. 43), and GOOD CAUSE appearing therefor,

The Court HEREBY ORDERS that the above-captioned action is dismissed, with prejudice, and that this Court will retain jurisdiction to enforce the settlement.

DATED: January 10, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE